EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI # 2286
Chief/Narcotics Division

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile:  (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2003

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>   Plaintiff,  )  <br>  )  <br> vs.  )  <br>  )  <br> BRANDON TAGATAESE,  )  <br>  )  <br>   Defendant.  )  <br>_____ ) | CR. NO. CR03 00192 HG  <br><br> INFORMATION  <br><br> 21 U.S.C. §§ 841(a)(1),  <br>   841(b)(1)(C) |

INFORMATION

The United States Attorney charges that:

On or about February 6, 2003, in the District of Hawaii defendant BRANDON TAGATAESE did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, to wit, a quantity of

approximately 5.302 grams of cocaine base, aka "crack cocaine," a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: April 21, 2003 at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*/s/ Florence T. Nakakuni*
FLORENCE T. NAKAKUNI
Chief/Narcotics Section

*/s/ Constance A. Hassell*
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Brandon Tagataese
Cr. No. _____
"Information"